Ex Parte
Lamar Lovett

761670-06

RE - D-1-DC-10-904094-C

To the Honorable Justesses of the court of Criminal Appeals my name is Lamar Lovett T.D.C.J. #1687455 T.C.C.C, #1513403 I am making this motion in reference to cause # D-1-DC-10-904094-C where I was convicted In a Reindictment. The original cause numbers have been Subsequently dismissed after their use in Convicting me. Cause # D-1-DC-10-202992 was Subsequently dismissed on mar or may 6th 2011. Also Cause # D-1-DC-10-202993 was also dismissed Subsequently on 1-6-11, there is another charge that was Subsequently Dismissed after evidence was taken and used Improperly that was Dismissed Subsequently on 8-24-11. I have found out that dismissed cases can not be used as evidence for any reason They are inadmissiable. First of all there must be a dismissal of the original cause numbers or Indictments and the Judge must approve the states Intent to dismiss indictments and to reindict. this Simply was not done therefore proper procedure was violated. Therefore making the Indictment for cause # D1-DC-10-904094 Faulty. So here is where my mental Illness kicks In I want to press charges against all Involved in my conviction for Agg Perjury and Agg tampering with evidence. I am asking for help please help a mentaly Ill Illegaly Convicted man. By Granting me all relief due, I am also not an Attorney and cannot be held to the same stringent standards Castro v U.S. 540 U.S. 375, 124 S.CT (2003) Haines v Kerner 404 U.S. 519, 92, S.Ct 594 (1972)

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 09 2015

Abel Acosta. Clerk